UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARREN CESARIO, *on behalf of himself and all others similarly situated*,<br><br>          Plaintiffs,<br><br>  -against-<br><br>CRUTCHFIELD CORPORATION, et al,<br><br>          Defendant. | 26-CV-03251 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff timely served Defendant Crutchfield Corporation and Crutchfield New Media, LLC with the summons and complaint in this matter on May 6, 2026. (*See* ECF 9; ECF 10.) Defendant was therefore required to respond to the Complaint by May 27, 2026. (*See* ECF 9; ECF 10.) To date, neither Defendant has filed a response to the complaint.

Accordingly, I am sua sponte extending the Defendant's deadline to respond to the complaint nunc pro tunc until **June 10, 2026**. Plaintiff is directed to serve a copy of this order on Defendant by **June 2, 2026** and to file proof of service on the docket by **June 2, 2026**.

Dated: May 28, 2026                        SO ORDERED.
       New York, NY

                                         **ROBYN F. TARNOFSKY**
                                         United States Magistrate Judge