

**Joseph & Norinsberg**

FIGHTING FOR EMPLOYEE JUSTICE

| **Downtown Manhattan Office** | **Midtown Manhattan Office** | **Newark Office** |
|---|---|---|
| One World Trade Center, 85th Floor | 825 Third Avenue, Suite 2100 | One Gateway Center, Suite 2600 |
| New York, New York 10007 | New York, New York 10022 | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1650 Market Street, Suite 3600 | 225 Franklin Street, 26th Floor | 300 N. New York Avenue, Suite 832 |
| Philadelphia, Pennsylvania 19103 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

June 8, 2026

*Via ECF*
Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Cesario v. Crutchfield

26 CV 3251 (VSB)

Application **GRANTED**. The motion to adjourn the conference sine die is granted. The Clerk of Court is respectfully requested to terminate ECF 15.

Dated: June 9, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Dear Magistrate Judge Tarnofsky:

We represent the Plaintiff in this action. This letter is written with the consent of the Defendant's counsel.

The parties have discussed this case at length. As Defendant's counsel plans to make a motion to dismiss, it is Plaintiff's position that none of the possible settlement conferences would be appropriate at this time.

Defendants Crutchfield Corporation and Crutchfield New Media, LLC (collectively, Crutchfield) did not agree to settle this matter, and, as a matter of principle, do not intend to settle this matter. Crutchfield is privately held, and thus in cases in which Crutchfield concludes that a claim lacks merit, Crutchfield can and does defend itself. Rather than take a cost-of-defense settlement in another ADA website lawsuit alleging (without basis in Crutchfield's view) that Crutchfield's website was not accessible, Crutchfield litigated and prevailed. See Suris v.

Crutchfield New Media, LLC, 2023 WL 3792512 (E.D.N.Y. June 2, 2023). In this case,

Crutchfield anticipates moving to dismiss this case on the grounds of standing, personal

jurisdiction, and failure to state a claim because Crutchfield's website is not subject to the ADA.

Crutchfield opposes referring this case to mediation or a judicial settlement conference, and

requests that the initial management conference be postponed until after the Court rules on

Crutchfield's motion to dismiss.

   Thank you for your consideration of this letter.

Sincerely,
*/s/ Robert L. Schonfeld*
Robert L. Schonfeld, Esq.

Cc: Peter Brann, Esq.